UNITED STATES of America,
Plaintiff—Appellee,

v.

Dana Amile CAPEHART, Defendant—
Appellant.

No. 10–6399.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 16, 2010.

Decided: Sept. 10, 2010.

Dana Amile Capehart, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana Amile Capehart appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Capehart,* No. 2:06–cr–00113–RAJ–FBS–1 (E.D.Va. Feb. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*